**Ricardo ADAME, Plaintiff-Appellant**

v.

**REFUGIO COUNTY, Defendant-Appellee**

No. 17-40731
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 15, 2018

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

David E. Wood, Esq., McAllen, TX, for Plaintiff-Appellant

Casey Terrance Cullen, Cullen, Carsner, Seerden & Cullen, L.L.P., Victoria, TX, for Defendant-Appellee

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Plaintiff-Appellant Ricardo Adame appeals from the judgment of the district court dismissing with prejudice Adame's action grounded in allegations of employment discrimination based on race. Adame, a hispanic American, claimed that he was fired so that he could be replaced by a "non-hispanic white" on the pretext of excessive absences.

We have reviewed the record on appeal, including the briefs of the parties, the extensive and replete Memorandum and Recommendation of the magistrate judge to whom this matter was referred by the district court, and that court's detailed order adopting said Memorandum and Recommendation and dismissing Adame's action with prejudice. Our review satisfies us that such dismissal was eminently correct and free of error.

For essentially the same reasons set forth by the magistrate judge and the district court, that court's dismissal of Adame's action with prejudice is,

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.